**No. 60993.**—Original Plastics, Inc., et al. *v.* United States, protests 284415–K, etc. (New York).

Opinion by MOLLISON, J.   The protests were dismissed.

**No. 60994.**—China Man Way Fur Corp. et al. *v.* United States, protests 833712–G, etc. (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the items marked "K" consist of kidskin plates the same in all material respects as those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480) or *Prime Fur Corp.* v. *United States* (37 Cust. Ct. 83, C. D. 1802) and the items marked "L" of lambskin plates similar to those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643) or C. D. 1802, *supra,* the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinions in C. D. 1480 and C. D. 1643, *supra.*

**No. 60995.**—Silberstein-Neulander Corp. et al. *v.* United States, protests 835976–G, etc. (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of kidskin plates the same in all material respects as those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480) or *Prime Fur Corp.* v. *United States* (37 Cust. Ct. 83, C. D. 1802) and lambskin plates similar to those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643) or C. D. 1802, *supra,* the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinions in C. D. 1480 and C. D. 1643, *supra.*

**No. 60996.**—Gitelman & Strumeyer et al. *v.* United States, protests 882378–G, etc. (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of kidskin plates the same in all material respects as those

the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480) or *Prime Fur Corp.* v. *United States* (37 Cust. Ct. 83, C. D. 1802) and lambskin plates similar to those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643) or C. D. 1802, *supra*, the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1802, *supra*.

**No. 60997.**—Dmitrovsky Bros., Inc., et al. *v.* United States, protests 974974–G, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of kidskin plates the same in all material respects as those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480) or *Prime Fur Corp.* v. *United States* (37 Cust. Ct. 83, C. D. 1802) and lambskin plates similar to those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643) or C. D. 1802, *supra*, the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinions in C. D. 1480 and C. D. 1643, *supra*.

**No. 60998.**—Manevich & Vesely, Inc., and W. J. Byrnes & Co. of N. Y., Inc., et al. *v.* United States, protests 92411–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the items marked "A" consist of kidskin or lambskin plates similar in all material respects to those the subject of *Prime Fur Corp.* v. *United States* (37 Cust. Ct. 83, C. D. 1802) and that the items marked "B" consist of goatskins similar to those involved in *United States* v. *Winograd Bros., Inc.* (32 C. C. P. A. 153, C. A. D. 302), the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1802, *supra*.

**No. 60999.**—J. Ullmann Brokerage Corp. *v.* United States, protest 155194–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of lambskin plates the same in all material respects as those the subject of *Prime Fur Corp.* v. *United States* (37 Cust. Ct. 83, C. D. 1802), the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1802, *supra*.